UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR BCAT 2016-18TT, | ) ) ) ) ) ) | CIVIL ACTION NO. 3:17-CV-2586-G (BH) |
| Plaintiff, | ) ) | |
| VS. | ) ) | |
| BILLY PAT ROBINSON, SR., IN HIS CAPACITY AS INDEPENDENT EXECUTOR OF THE ESTATE OF WILLIAM VAN CLARKE, JR., AND LINDA GALE CLARKE, INDIVIDUALLY, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

*Billy Pat Robinson, Sr., in his Capacity as Independent Executor of the Estate of William Van Clarke, Jr.'s Motion to Dismiss due to Forum Non Conveniens*, filed

November 22, 2017 (docket entry 17) is **DENIED**, and the plaintiff's case is *sua sponte* **DISMISSED** without prejudice. By separate judgment, this case will be **DISMISSED** without prejudice for lack of subject matter jurisdiction.

    **SO ORDERED**.

July 10, 2018.

                                      /s/ A. Joe Fish
                                        **A. JOE FISH**
                                        **Senior United States District Judge**