UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR BCAT 2016-18TT, | ) ) ) ) ) ) | CIVIL ACTION NO. 3:17-CV-2586-G (BH) |
| Plaintiff, | ) | |
| VS. | ) ) | |
| BILLY PAT ROBINSON, SR., IN HIS CAPACITY AS INDEPENDENT EXECUTOR OF THE ESTATE OF WILLIAM VAN CLARKE, JR., AND LINDA GALE CLARK, INDIVIDUALLY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the U.S. Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the U.S. Magistrate Judge, plaintiff's motion for reconsideration of dismissal orders (docket entry 32) is **DENIED**.

**SO ORDERED**.

October 25, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**